# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2008

Clifford W. Taylor,
Chief Justice

136631
& (9)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROSE BOGAERT,
     Plaintiff-Appellant,

v

SECRETARY OF STATE and
WAYNE COUNTY BOARD OF
ELECTIONS COMMISSIONERS,
     Defendants-Appellees,

and

ANDREW DILLON,
     Intervening Defendant-Appellee.

_____/

SC: 136631
COA: 285826

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2008

_____
Clerk